# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:08-cv-00253-FDW
## (3:04-cr-00120-FDW)

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | |
| FREDERICK MAURICE BROWN, | ) | **AMENDED ORDER** |
| Defendant. | ) | |

THIS MATTER comes now before the Court sua sponte to amend its previous Order (Doc. No. 2) in this case. The Court had previously ordered Defendant's former counsel, attorney Norman Butler, to file an affidavit addressing Defendant's allegations on or before July 21, 2008. However, because Mr. Butler is no longer a party to this case, the Government is hereby ordered to respond to Defendant's Motion incorporating the affidavit from Mr. Butler as an exhibit. The Government's Response shall be due on or before **August 11, 2008**.

IT IS SO ORDERED.          Signed: July 17, 2008

Frank D. Whitney
United States District Judge