# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Frederick Maurice Brown ,

    Petitioner,

vs.

United States of America ,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-CV-253-2
(3:04-CR-120)

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/25/2008 Order.

Signed: October 27, 2008

_____
Frank G. Johns, Clerk
United States District Court